UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Samantha M. Ray<br>                       Debtor(s) | |
| Toyota Lease Trust<br>                       Movant<br>      v.<br>Samantha M. Ray<br>                       Respondent<br>      and<br>Ronda J. Winnecour, Trustee<br>                       Additional Respondent | BK. NO. 18-23977 CMB<br><br>CHAPTER 13<br><br>Related to: Document No. 87<br><br>**ENTERED BY DEFAULT** |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 5th day of February, 2020, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Highlander, VIN: 5TDBKRFH4GS347567, in a commercially reasonable manner.

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

cc: See attached service list:

FILED
2/5/20 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Samantha M. Ray
555 Garfield Street
Carnegie, PA 15106

Matthew M. Herron Esq.
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23977-CMB
Samantha M. Ray                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr            Page 1 of 1            Date Rcvd: Feb 05, 2020
                Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db             +Samantha M. Ray,    555 Garfield Street,    Carnegie, PA 15106-3912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
         Christopher Kennedy    on behalf of Creditor    The Huntington National Bank
          bankruptcy@carlisle-law.com
         James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Heidelberg jhunt@grblaw.com,
          cnoroski@grblaw.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Matthew M. Herron    on behalf of Debtor Samantha M. Ray mmh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;alb@thedebtdoctors.com
         Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;alb@thedebtdoctors.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 8