**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Samantha M. Ray,
        Debtor.

The Debt Doctors, LLC,
        Movant,
    vs.

No Respondent.

Bankruptcy No.: 18-23977-CMB
Chapter 13

Document No.:

Response Deadline: February 13, 2020
Hearing Date & Time: March 11, 2020 at 10:00 AM

**CERTIFICATE OF NO OBJECTION TO THE
THIRD APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Third Application for Compensation has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Third Application for Compensation appears thereon.  Pursuant to the Notice of Hearing, responses to the Third Application for Compensation were to be filed and served no later than February 13, 2020.

It is hereby respectfully requested that the Order attached to the Third Application for Compensation be entered by the Court.

Date:  February 14, 2020

   __/s/ Matthew M. Herron_____
Matthew M. Herron, Esquire
PA ID No. 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTOR