**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Samantha M. Ray, | Bankruptcy No.: 18-23977-CMB |
| Debtor. | Chapter 13 |
| | |
| Samantha M. Ray, | Document No.: |
| Movant, | Related to Claim No.: 1 |
| | |
| vs. | |
| | |
| Huntington National Bank and | |
| Ronda J. Winnecour, Esq., Trustee, | |
| Respondents. | |

**CERTIFICATE OF SERVICE**

I, Matthew M. Herron, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 3rd day of November 2020

I served a copy of:   **ORDER DATED 10/29/2020, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN and the AMENDED PLAN DATED 10/27/2020**

RE:   Samantha M. Ray                                          Case No.: 18-23977-CMB
                                                               Chapter 13

ON:   THE FOLLOWING CREDITORS AND THE ATTACHED MAILING MATRIX

| | |
|---|---|
| Ronda Winnecour, Trustee | US Trustee |
| 3250 USX Tower | 970 Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| cmecf@chapter13trusteewdpa.com | ustpregion03.pi.ecf@usdoj.gov |
| *Via electronic notification* | *Via electronic notification* |

BY:   Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  November 3, 2020                                        __/s/ *Matthew M. Herron*__
                                                               Matthew M. Herron, Esq.
                                                               PA ID No.: 88927
                                                               The Debt Doctors, LLC
                                                               607 College Street, Suite 101
                                                               Pittsburgh, PA 15232
                                                               (412) 395-6001

Case Number:  18-23977-CMB

18-23977-CMB|Borough of Heidelberg |Goehring, Rutter & Boehm|437 Grant Street, 14th Floor|Frick Building|Pittsburgh, PA 15219-6101||
18-23977-CMB|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant Street, Suite 2200, Gulf Tower|Pittsburgh, PA 15219-1945|||
18-23977-CMB|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021||||
18-23977-CMB|The Debt Doctors, LLC |607 College Street|Suite 101|Pittsburgh, PA 15232-1700|||
18-23977-CMB|The Huntington National Bank | |||||undeliverable
18-23977-CMB|Toyota Lease Trust | |||||undeliverable
18-23977-CMB|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
18-23977-CMB|American Express |PO Box 981537|El Paso, TX 79998-1537| |||
18-23977-CMB|American Express National Bank |c/o Becket and Lee LLP|PO Box 3001|Malvern  PA 19355-0701| ||
18-23977-CMB|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred
18-23977-CMB|Bank of America, N.A. |P O Box 982284|El Paso, TX 79998-2284| |||
18-23977-CMB|Borough of Heidelberg |Goehring, Rutter & Boehm|c/o Jeffrey R. Hunt, Esquire|437 Grant Street, 14th Floor|Frick Building|Pittsburgh, PA 15219-6101|
18-23977-CMB|Capital Management Services, LP |698 1/2 South Ogden Street|Buffalo, NY 14206-2317| |||
18-23977-CMB|Citi |P.O. Box 6241|Sioux Falls, SD 57117-6241| |||
18-23977-CMB|DSNB MACY S|CITIBANK|1000 TECHNOLOGY DRIVE MS 777|O FALLON MO 63368-2222|||preferred
18-23977-CMB|Department Stores National Bank |c/o Quantum3 Group LLC|PO Box 657|Kirkland, WA  98083-0657| ||
18-23977-CMB|DISCOVER FINANCIAL SERVICES LLC|PO BOX 3025|NEW ALBANY OH 43054-3025||||preferred
18-23977-CMB|Discover Bank |Discover Products Inc|PO Box 3025|New Albany, OH  43054-3025| ||
18-23977-CMB|Dollar Bank |2700 Liberty Avenue|Pittsburgh, PA 15222-4700| |||
18-23977-CMB|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant St., Suite 2200, Gulf Tower|Pittsburgh, PA 15219-1945| ||duplicate
18-23977-CMB|Huntington Mortgage Co. |7575 Huntington Park Drive|Columbus, OH 43235-2600| |||
18-23977-CMB|Jason A. Ray |1412 Romano Drive|Bridgeville, PA 15017-2656| |||
18-23977-CMB|LVNV Funding |PO Box 1269|Greenville, SC 29602-1269| |||
18-23977-CMB|LVNV Funding, LLC |Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| ||
18-23977-CMB|Northland Group, Inc. |P.O. Box 390905|Minneapolis, MN 55439-0905| |||
18-23977-CMB|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
18-23977-CMB|P&B CAPITAL GROUP  LLC|ATTN COLLEEN KIMBLE|455 CENTER RD|BUFFALO NY 14224-2100|||preferred
18-23977-CMB|PNC Bank |PO Box 3180|Pittsburgh, PA 15230-3180| |||
18-23977-CMB|PNC Bank, N.A. |PO Box 94982|Cleveland, OH 44101-4982| |||
18-23977-CMB|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021| |||duplicate
18-23977-CMB|Patenaude & Felix |501 Corporate Drive|Southpointe, Suite 205|Canonsburg, PA 15317-8584| ||
18-23977-CMB|SYNCB |PO Box 965015|Orlando, FL 32896-5015| |||
18-23977-CMB|SYNCB |PO Box 965024|Orlando, FL 32896-5024| |||
18-23977-CMB|Synchrony Bank |PO Box 960061|Orlando, FL 32896-0061| |||
18-23977-CMB|The Huntington National Bank |P O Box 89424|Cleveland OH 44101-6424| |||
18-23977-CMB|Toyota Lease Trust |c/o Becket and Lee LLP|PO Box 3001|Malvern  PA 19355-0701| ||
18-23977-CMB|Toyota Lease Trust |c/o Toyota Motor Credit Corporation|PO Box 9013|Addison, Texas 75001-9013| ||
18-23977-CMB|Toyota Motor Credit Corp. |PO Box 9786|Cedar Rapids, IA 52409-0004| |||
18-23977-CMB|Verizon |POB 650584|Dallas, TX 75265-0584| |||
18-23977-CMB|Verizon |by American InfoSource as agent|PO Box 248838|Oklahoma City, OK  73124-8838| ||
18-23977-CMB|Matthew M. Herron |The Debt Doctors, LLC|607 College Street|Suite 101|Pittsburgh, PA 15232-1700||
18-23977-CMB|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||
18-23977-CMB|Samantha M. Ray |555 Garfield Street|Carnegie, PA 15106-3912||||