## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | Bankruptcy No.: 18-23977-CMB |
| Samantha M. Ray, | Chapter 13 |
|       Debtor. | |
| | Document No.: |
| The Debt Doctors, LLC, | |
|       Movant, | Response Deadline: December 7, 2020 |
| vs. | Hearing Date & Time: January 6, 2021 at 1:30 PM |
| No Respondent. | |

## CERTIFICATE OF NO OBJECTION TO THE
## FOURTH APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Fourth Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Fourth Application for Compensation appears thereon. Pursuant to the Notice of Hearing, responses to the Fourth Application for Compensation were to be filed and served no later than December 7, 2020.

It is hereby respectfully requested that the Order attached to the Fourth Application for Compensation be entered by the Court.

Date:   December 8, 2020

      __/s/ Matthew M. Herron_____
      Matthew M. Herron, Esquire
      PA ID No. 88927
      The Debt Doctors, LLC
      607 College Street, Suite 101
      Pittsburgh, PA 15232
      412-395-6001
      mmh@thedebtdoctors.com

      ATTORNEY FOR THE DEBTOR