Certificate Number: 20611-PAW-DE-037594416

Bankruptcy Case Number: 18-23977



20611-PAW-DE-037594416

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2023, at 10:40 o'clock AM EDT, Samantha M Ray completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 15, 2023

By:  /s/Kathleen B Mills

Name:  Kathleen B Mills

Title:  TEN Financial Educator