**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
|    Samantha M. Ray, | : | |
| | : | Bankruptcy No.: 18-23977-CMB |
|        Debtor. | : | |
| | : | Chapter 13 |
| Samantha M. Ray, | : | |
| | : | |
|        Movant, | : | |
| | : | |
|    v. | : | |
| | : | |
| No Respondents. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay a Domestic Support Obligation.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On July 15, 2023, at docket number 126, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

DocuSigned by:
*Samantha M. Ray*
799CAF3B78AC4A7...
Samantha M. Ray, Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:  /s/*Matthew M. Herron*
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

PAWB Local Form 24 (07/13)