**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> SAMANTHA M. RAY <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:18-23977 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/10/2018 and confirmed on 2/28/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,500.35 |
| Less Refunds to Debtor | 666.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,833.85 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 10,025.02 | |
|     Trustee Fee | 4,082.71 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,107.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 53,558.80 | 0.00 | 53,558.80 |
|     Acct: 6228 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 79.59 | 79.59 | 0.00 | 79.59 |
|     Acct: 6228 | | | | |
|   BOROUGH OF HEIDELBERG (SWG) | 53.17 | 53.17 | 16.78 | 69.95 |
|     Acct: F242 | | | | |
| | | | | 53,708.34 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMANTHA M. RAY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMANTHA M. RAY | 666.50 | 666.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 2,310.00 | 2,310.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 1,683.10 | 1,683.10 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXX3-19 | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 1,680.50 | 1,680.50 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX7-20 | | | | |
|   THE DEBT DOCTORS LLC | 2,313.10 | 2,313.10 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX6-19 | | | | |
|   THE DEBT DOCTORS LLC | 845.30 | 845.30 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX0-20 | | | | |
|   THE DEBT DOCTORS LLC | 1,193.02 | 1,193.02 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
|   TOYOTA LEASE TRUST | 4,980.08 | 4,980.08 | 0.00 | 4,980.08 |
|     Acct: D607 | | | | |
| | | | | 4,980.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     DUQUESNE LIGHT COMPANY(*) | 271.07 | 150.47 | 0.00 | 150.47 |
|     Acct: 3266 | | | | |
|     AMERICAN EXPRESS NATIONAL BANK | 2,267.57 | 1,258.71 | 0.00 | 1,258.71 |
|     Acct: 1000 | | | | |
|     BANK OF AMERICA NA** | 4,446.63 | 2,468.28 | 0.00 | 2,468.28 |
|     Acct: 5145 | | | | |
|     LVNV FUNDING LLC | 772.78 | 428.96 | 0.00 | 428.96 |
|     Acct: 6016 | | | | |
|     LVNV FUNDING LLC | 820.76 | 455.60 | 0.00 | 455.60 |
|     Acct: 0395 | | | | |
|     LVNV FUNDING LLC | 944.67 | 524.38 | 0.00 | 524.38 |
|     Acct: 8874 | | | | |
|     DISCOVER BANK(*) | 1,055.82 | 586.08 | 0.00 | 586.08 |
|     Acct: 1247 | | | | |
|     DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0103 | | | | |
|     JASON RAY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     LVNV FUNDING LLC | 3,586.84 | 1,991.02 | 0.00 | 1,991.02 |
|     Acct: 0979 | | | | |
|     LVNV FUNDING LLC | 5,688.46 | 3,157.61 | 0.00 | 3,157.61 |
|     Acct: 1863 | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 437.10 | 242.63 | 0.00 | 242.63 |
|     Acct: 3852 | | | | |
|     P AND B CAPITAL GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2413 | | | | |
|     PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6138 | | | | |
|     PNC BANK NA | 4,473.40 | 2,483.14 | 0.00 | 2,483.14 |
|     Acct: 6997 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8192 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE LP | 114.58 | 63.60 | 0.00 | 63.60 |
|     Acct: 0001 | | | | |
|     LVNV FUNDING LLC | 2,008.98 | 1,115.16 | 0.00 | 1,115.16 |
|     Acct: 7380 | | | | |
|     TOYOTA LEASE TRUST | 201.87 | 112.06 | 0.00 | 112.06 |
|     Acct: 3607 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6342 | | | | |
|     CHRISTOPHER P KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 15,037.70 |

TOTAL PAID TO CREDITORS                                                       73,726.12

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 4,980.08 |
| SECURED | 132.76 |
| UNSECURED | 27,090.53 |

Date: 11/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SAMANTHA M. RAY

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-23977

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Samantha M. Ray  
    Debtor

Case No. 18-23977-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Nov 28, 2023     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha M. Ray, 555 Garfield Street, Carnegie, PA 15106-3912 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Borough of Heidelberg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14972951 | + | Borough of Heidelberg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14945261 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14945264 | + | Jason A. Ray, 1412 Romano Drive, Bridgeville, PA 15017-2656 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14928572 | | Email/PDF: bncnotices@becket-lee.com | Nov 29 2023 00:48:45 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14949788 | | Email/PDF: bncnotices@becket-lee.com | Nov 29 2023 00:59:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945257 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 29 2023 00:34:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14949511 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 29 2023 00:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14945258 | | Email/Text: cms-bk@cms-collect.com | Nov 29 2023 00:36:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14945259 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:48:29 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14945260 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 14945262 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 01:36:26 | DSNB/ Macys, PO Box 8218, Mason, OH 45040 |
| 14966628 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2023 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14933226 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14963313 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 29 2023 00:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14945263 | + | Email/Text: bankruptcy@huntington.com | Nov 29 2023 00:37:00 | Huntington Mortgage Co., 7575 Huntington Park Drive, Columbus, OH 43235-2600 |
| 14945265 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 01:46:37 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14966768 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:24 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 18-23977-CMB    Doc 133    Filed 11/30/23    Entered 12/01/23 00:32:06    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14945266 | + | Email/Text: ngisupport@radiusgs.com | Nov 29 2023 00:36:00 | Northland Group, Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14945267 | | Email/Text: ksoto@pandbcapitalgroup.com | Nov 29 2023 00:35:00 | P&B Capital Group, LLC, 455 Center Road, Buffalo, NY 14224 |
| 14945269 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14967159 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14929089 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 01:46:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14945268 | + | Email/Text: paparalegals@pandf.us | Nov 29 2023 00:38:00 | Patenaude & Felix, 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |
| 14945271 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 01:36:25 | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14945270 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:49 | SYNCB, PO Box 965015, Orlando, FL 32896-5015 |
| 14945272 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 01:13:48 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14932648 | + | Email/Text: bankruptcy@huntington.com | Nov 29 2023 00:37:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14965851 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 29 2023 00:36:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15219772 | | Email/PDF: bncnotices@becket-lee.com | Nov 29 2023 00:48:45 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945273 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 29 2023 00:36:00 | Toyota Motor Credit Corp., PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14945274 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 29 2023 00:34:00 | Verizon, POB 650584, Dallas, TX 75265-0584 |
| 14961609 | | Email/PDF: ebn_ais@aisinfo.com | Nov 29 2023 00:48:49 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Huntington National Bank |
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14945256 | * | American Express, PO Box 981537, El Paso, TX 79998-1537 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher Kennedy | on behalf of Creditor The Huntington National Bank bankruptcy@carlisle-law.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Heidelberg jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew M. Herron | on behalf of Debtor Samantha M. Ray mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8