**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **SAMANTHA M. RAY** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **18-23977CMB** |

# Form 4100N
# Notice of Final Cure Payment                                        10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | HUNTINGTON NATIONAL BANK(*) |
| **Court claim no.** (if known): | 1 |
| **Last 4 digits** of any number you use to identify the debtor's account | 6 2 2 8 |
| **Property Address:** | 555 GARFIELD ST<br>CARNEGIE PA 15106 |

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                        Amount

| | | |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 79.59 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 79.59 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 79.59 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment                                    $ $901.36
  The next postpetition payment is due on  12 / 1 / 2023
                                           MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

---

Form 4100N                       **Notice of Final Cure Payment**                       page 1

| Debtor 1 | **SAMANTHA M. RAY** | Case number *(if known)* | **18-23977CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  12/06/2023

Trustee: Ronda J. Winnecour

Address:
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | SAMANTHA M. RAY | Case number *(if known)* | 18-23977CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 12/23/2021 | 1219542 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 69.98 |
| 01/26/2022 | 1222617 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 9.61 |
| | | | | 79.59 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/25/2019 | 1113640 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 3,480.30 |
| 04/26/2019 | 1116975 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 734.11 |
| 05/24/2019 | 1120365 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 751.93 |
| 06/25/2019 | 1123767 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 760.65 |
| 07/29/2019 | 1127221 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 773.58 |
| 08/27/2019 | 1130706 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 791.34 |
| 09/24/2019 | 1133948 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 411.45 |
| 10/24/2019 | 1137340 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 832.52 |
| 11/25/2019 | 1140795 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 910.78 |
| 12/23/2019 | 1144176 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 981.32 |
| 01/28/2020 | 1147645 | THE HUNTINGTON NATIONAL BANK** | AMOUNTS DISBURSED TO CREDITOR | 1,045.23 |
| 02/25/2020 | 1149797 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,101.63 |
| 03/23/2020 | 1153321 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,149.32 |
| 04/27/2020 | 1156770 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,760.65 |
| 05/26/2020 | 1160160 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 592.45 |
| 06/26/2020 | 1163559 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,805.65 |
| 07/29/2020 | 1166690 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 975.93 |
| 08/25/2020 | 1169765 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 857.22 |
| 09/28/2020 | 1172851 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 613.85 |
| 10/26/2020 | 1175947 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,100.59 |
| 11/20/2020 | 1175947 | HUNTINGTON NATIONAL BANK(*) | CANCELLED CHECK TO CREDITOR/CONT | -1,100.59 |
| 11/20/2020 | 1177645 | HUNTINGTON NATIONAL BANK(*) | PREWRITTEN CHECK TO CREDITOR/CON | 1,100.59 |
| 11/24/2020 | 1179037 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 857.22 |
| 12/21/2020 | 1181990 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 623.18 |
| 01/25/2021 | 1184956 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,091.26 |
| 02/22/2021 | 1188070 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 857.22 |
| 03/26/2021 | 1191341 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,226.22 |
| 04/26/2021 | 1194613 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 875.74 |
| 05/25/2021 | 1197744 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 875.74 |
| 06/25/2021 | 1200924 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 875.74 |
| 07/26/2021 | 1204130 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 875.74 |
| 08/26/2021 | 1207248 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 875.74 |
| 09/24/2021 | 1210370 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 875.74 |
| 10/25/2021 | 1213452 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 875.74 |
| 11/22/2021 | 1216479 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 647.17 |
| 12/23/2021 | 1219542 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,104.31 |
| 01/26/2022 | 1222617 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 893.02 |
| 02/23/2022 | 1225517 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 880.06 |
| 03/25/2022 | 1228461 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 880.06 |
| 04/26/2022 | 1231493 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 880.06 |
| 05/25/2022 | 1234525 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 880.06 |
| 06/27/2022 | 1237547 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 880.06 |
| 07/26/2022 | 1240500 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 880.06 |
| 08/24/2022 | 1243401 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 880.06 |
| 09/27/2022 | 1246261 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 880.06 |
| 10/25/2022 | 1249097 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 11/23/2022 | 1251874 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 12/22/2022 | 1254648 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 664.84 |
| 01/26/2023 | 1257381 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,127.94 |
| 02/23/2023 | 1260015 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 03/28/2023 | 1262776 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 04/25/2023 | 1265597 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 05/25/2023 | 1268438 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 06/26/2023 | 1271347 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 07/25/2023 | 1274127 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 08/25/2023 | 1276893 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 09/26/2023 | 1279650 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 896.39 |
| 10/25/2023 | 1282353 | HUNTINGTON NATIONAL BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 901.36 |

| Debtor 1 | **SAMANTHA M. RAY** | Case number *(if known)* | **18-23977CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| | | | | 53,558.80 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

SAMANTHA M. RAY
555 GARFIELD STREET
CARNEGIE, PA  15106

MATTHEW M HERRON ESQ
THE DEBT DOCTORS LLC
607 COLLEGE ST STE 101
PITTSBURGH, PA  15232

HUNTINGTON NATIONAL BANK(*)
5555 CLEVELAND AVE - GW1N10
COLUMBUS, OH  43231

HUNTINGTON NATIONAL BANK**
ATTN BANKRUPTCY NOTICES
PO BOX 89424
CLEVELAND, OH  44101

CHRISTOPHER P KENNEDY ESQ
CARLISLE MCNELLIE RINI KRAMER & ULRICH CO LPA
24755 CHAGRIN BLVD
CLEVELAND, OH  44122-5690


12/6/23                                    /s/ Roberta Saunier
                                           Administrative Assistant
                                           Office of the Chapter 13 Trustee