**Fill in this information to identify the case:**

Debtor 1  Samantha M Ray

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**
(State)

Case number  18-23977

---

Official Form 4100R

# Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** The Huntington National Bank    **Court claim no.** (if known) 1

**Last 4 digits** of any number you use to identify the debtor's account: 6228

**Property address:** 555 Garfield Street
Number    Street

Carnegie    PA    15106
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

x  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

## Part 3: Postpetition Mortgage Payment

*Check one:*

x  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    01/01/2024
MM/DD/YYYY

☐  Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a)  $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:    **+** (b)  $_____

c. **Total.** Add lines a and b    (c)  $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM/DD/YYYY

| Debtor 1 | Samantha | M | Ray | Case number (*if known*) 18-23977 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplemental to the creditor's proof of claim.**

*Check the appropriate box:*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief:**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| /s/ Christopher P. Kennedy (0074648) | | Date | 12/13/2023 |
|---|---|---|---|
| Signature | | | |

| Print: | Christopher P. Kennedy | | Title | Attorney for Creditor |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| Company | Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A. |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 24755 Chagrin Blvd. Suite 200 |
|---|---|
| | Number         Street |
| | Cleveland, OH 44122-5690 |
| | City          State    ZIP Code |

| Contact phone | (216) 360-7200 | Email | bankruptcy@carlisle-law.com |
|---|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Samantha M. Ray | Bankruptcy No. 18-23977 |
| Debtor | Chapter 13 |
| The Huntington National Bank | |
| Movant | |
| vs. | |
| Samantha M. Ray | |
| Respondent | |

**CERTIFICATE OF SERVICE OF
RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

    I, Christopher P. Kennedy, attorney for The Huntington National Bank, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: December 13, 2023

| | | |
|---|---|---|
| Samantha M. Ray<br>555 Garfield Street<br>Carnegie, PA 15106<br>Via United States Mail | Matthew M. Herron<br>The Debt Doctors, LLC<br>607 College Street, Suite 101<br>Pittsburgh, PA 15232<br>mmh@thedebtdoctors.com<br>Attorney for Debtor | Ronda J. Winnecour<br>Chapter 13 Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com |
| Keri P. Ebeck<br>Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com<br>Attorney for Duquesne Light Co. | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>Via United States Mail | Jeffrey R. Hunt, Esq.<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6107<br>Via United States Mail |

    */s/ Christopher P. Kennedy*
    CHRISTOPHER P. KENNEDY, ESQUIRE
    Ohio Attorney Registration # 0074648
    Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
    24755 Chagrin Boulevard
    Cleveland, OH 44122-5690
    (216) 360-7200 / Fax: (216) 360-7212
    Attorney for The Huntington National Bank