## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SAMANTHA M. RAY

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.: 18-23977

Chapter 13

Document No.: 130

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __16th__ day of __January__, 20__24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
1/16/24 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE   dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Samantha M. Ray  
    Debtor

Case No. 18-23977-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 16, 2024      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha M. Ray, 555 Garfield Street, Carnegie, PA 15106-3912 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Borough of Heidelberg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14972951 | + | Borough of Heidelberg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14945261 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14945264 | + | Jason A. Ray, 1412 Romano Drive, Bridgeville, PA 15017-2656 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14928572 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:08:32 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14949788 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:08:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945257 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2024 04:00:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14949511 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 17 2024 04:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14945258 | | Email/Text: cms-bk@cms-collect.com | Jan 17 2024 04:00:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14945259 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:08:27 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14945260 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:00:00 | Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 14945262 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:08:27 | DSNB/ Macys, PO Box 8218, Mason, OH 45040 |
| 14966628 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2024 04:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14933226 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14963313 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 17 2024 04:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14945263 | + | Email/Text: bankruptcy@huntington.com | Jan 17 2024 04:01:00 | Huntington Mortgage Co., 7575 Huntington Park Drive, Columbus, OH 43235-2600 |
| 14945265 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-23977-CMB   Doc 140   Filed 01/18/24   Entered 01/19/24 00:33:01   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 17 2024 04:08:23 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14966768 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945266 | + | Email/Text: ngisupport@radiusgs.com | Jan 17 2024 04:00:00 | Northland Group, Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14945267 | | Email/Text: ksoto@pandbcapitalgroup.com | Jan 17 2024 04:00:00 | P&B Capital Group, LLC, 455 Center Road, Buffalo, NY 14224 |
| 14945269 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 04:00:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14967159 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 04:00:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14929089 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14945271 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:21 | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14945270 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:22 | SYNCB, PO Box 965015, Orlando, FL 32896-5015 |
| 14945272 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:21 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14932648 | + | Email/Text: bankruptcy@huntington.com | Jan 17 2024 04:01:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14965851 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 17 2024 04:00:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15219772 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:08:23 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945273 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 17 2024 04:00:00 | Toyota Motor Credit Corp., PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14945274 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 17 2024 04:00:00 | Verizon, POB 650584, Dallas, TX 75265-0584 |
| 14961609 | | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2024 04:08:21 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Huntington National Bank |
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14945256 | * | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14945268 | ##+ | Patenaude & Felix, 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Kennedy | on behalf of Creditor The Huntington National Bank bankruptcy@carlisle-law.com |
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Heidelberg jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew M. Herron | on behalf of Debtor Samantha M. Ray mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8